1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA
10

11   JEFFERY L. CAMPBELL,

12                            Petitioner,

13              v.                                  Case No.  C07-5315RBL

14   JAMES THATHCHER,                               ORDER GRANTING
                                                    APPLICATION TO PROCEED *IN*
15                            Respondent.           *FORMA PAUPERIS*

16

17          Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner

18   does not appear to have access to funds to afford the $5.00 filing fee.

19          The Clerk is directed to mail a copy of this Order to petitioner.

20

21          DATED this 2 day of July, 2007.

22

23                                  */S/ J. Kelley Arnold*
                                    J. Kelley Arnold
24                                  United States Magistrate Judge

25
26
27
28

ORDER
Page - 1

Dockets.Justia.com