# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFERY L. CAMPBELL

      v.

JAMES THATCHER,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5315RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

| September 11, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                *s/CM Gonzalez*
                                               Deputy Clerk