UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY L. CAMPBELL,

    Petitioner,

  v.

HAROLD CLARKE,

    Respondent.

Case No. C07-5315RBL/JKA

ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case is on remand from the Ninth Circuit. Respondent has filed a motion to dismiss the petition as time barred (Dkt # 29).

    Petitioner has filed a motion for an extension of time to respond (Dkt # 31). Respondent has replied and does not oppose an extension of time (Dkt # 32).

    In his motion petitioner refers to this matter as being "In Admiraly[sic]." This matter is not proceeding in Admiralty and is a habeas corpus petition filed pursuant to 28 U.S.C. §2254. Petitioner does not indicate how long an extension of time he is seeking (Dkt # 31). The court will

ORDER

1  give petitioner until **March 28, 2008**, to file a response to respondent's motion to dismiss.

2  Petitioner's motion is **GRANTED.**

3      The clerk's office is directed to remove Dkt. # 31 from the court's calendar, re-note Dkt. #

4  29 for April 11, 2008, and send a copy of this order to petitioner and counsel for respondent.

6      DATED this 21, day of February, 2008.

8
9                                          */S/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

28  ORDER