# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY L CAMPBELL                      JUDGMENT IN A CIVIL CASE

       v.

JAMES E THATCHER, et al.            CASE NUMBER: C07-5315RBL

_____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The petition is **DISMISSED WITH PREJUDICE** as time barred pursuant to 28 U.S.C. § 2244(d).

 

May 19, 2008                              BRUCE RIFKIN
                                                       Clerk

                                                         s/ D. Forbes
                                                        By, Deputy Clerk